The Facts of the Case

Attachment

**John McCurdy vs Piazza Mazda ( Rick Rowe)**

During my employment from January 2018 to August 2018 Piazza Mazda of West Chester. I experienced several incidences of discrimination and harassment from my manager Rick Rowe. During this time I was referred to as a "Boy" on several occasions. I was yelled at in from of the entire showroom and belittled in front of the customer. My job was threatened on several occasions. Even after several incident reports to the hr department, the discrimination continued. On one occasion I was informed by a fellow employee Shannon Smith that Mr. Rick Rowe used a racial slur to describe me during one of their conversations. This incident was reported but yet no discipline as an outcome.

Because of this continues discrimination and harassment my work performance was greatly affected. Because this job is commission-based the lack of opportunity to gain commission was greatly affected which put a strain on me financially which affected my home life as well. With the lack of money, my family suffered hardship and stress and bills and other normal everyday life basic necessities had to be limited to an absolutely necessary base only. This cause stressed to my entire family as my family depended on me to take care of them. Being a father of four is financial stability was important to me and my family to maintain a comfortable level of stability

In addition because of the stress related to the discrimination I was forced to seek other employment as I couldn't continue to deal with the day-to-day discrimination and harassment. I am asking the court to grant me **$74,000** in back from the negligence from the defendant's actions and grat **$425,000** in damages because of the defendant's engagement in discrimination actions

I am seeking the court's help with gaining justice from this situation and humbly ask the court to seek the truth and deliver justice to me.

Thank you